# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**UNITED STATES**                                                                **PLAINTIFF**

**V.**                   **NO. 4:15CR00276-KGB-4**

**EVONE AVANCE**                                                    **DEFENDANTS**

## ORDER

Pending before the Court is the Government's Motion for Revocation of Release and for Summons (Doc. 180). For good cause shown, the request for issuance of summons is GRANTED. The Clerk is directed to issue summons to defendant Evone Avance for appearance at a hearing before Magistrate Judge Patricia S. Harris on January 26, 2016, at 10:00 a.m. to show cause why her release should not be revoked.

IT IS SO ORDERED this 21st day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE