U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
FEB 23 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: jmw
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Case No. 4:15-cr-00276-04 KGB

EVONE AVANCE                                                              DEFENDANT

## ORDER

The Court conducted a hearing today on the government's pending motion to revoke pretrial release (Dkt. No. 180) as to defendant Evone Avance and on Ms. Avance's anticipated plea. Ms. Avance tested presumptively positive for a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a prescription from a licensed medical practitioner, and she admitted use. The Court holds in abeyance the government's pending motion to revoke and will not proceed forward today with the anticipated plea. Instead, the Court modifies Ms. Avance's current conditions of pretrial release (Dkt. No. 48) to add the condition that she report today to the Northeast Arkansas Regional Recovery Center (Crowley's Ridge Development Council) for inpatient treatment. She remains under all other conditions of pretrial release (Dkt. No. 48). The Court will reset a hearing on the government's pending motion to revoke and Ms. Avance's anticipated plea, if appropriate.

It is so ordered this 23rd day of February, 2016.

Kristine G. Baker
United States District Judge